1  SEYFARTH SHAW LLP
   Kathleen Cahill Slaught (SBN 168129)
2  kslaught@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  *Attorneys for Defendant*

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  JACKIE STAPLETON,                          Case No.:

11           Plaintiff,                        **DEFENDANT'S NOTICE OF REMOVAL
                                               OF CIVIL ACTION**
12       v.
                                               Action Filed: April 28, 2023
13  UNITED HEALTHCARE BENEFITS PLAN OF
    CALIFORNIA,                                Complaint Served: August 12, 2024

14                                             Written Notice of Federal Claim: December 4,
             Defendant.                        2024
15
                                               [*Filed concurrently with Civil Cover Sheet,
16                                             Declaration of Jane Stalinski, and
                                               Certification of Interested Parties*]
17

18

19

20

21

22

23

24

25

26

27

28

_____

                    DEFENDANT'S NOTICE OF REMOVAL

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Please take notice that Defendant UnitedHealthcare Benefits Plan of California ("Defendant") hereby removes this action from the Superior Court of the State of California for the County of San Joaquin to the United States District Court for the Eastern District of California. Removal is proper because this Court has jurisdiction over this action, as well as supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a). Defendant states:

**I.      TIMELINESS OF REMOVAL**

1.      Pursuant to 28 U.S.C. § 1446(b), a defendant may learn that an action is removable in one of two ways: (1) through the face of the initial pleadings or (2) through the receipt "of a copy of an amended pleading, motion, order *or other paper from which it may first be ascertained that the case is one which is or has become removable*." 28 U.S.C. § 1446(b)(1) & (b)(2)(C)(3) (emphasis added). The latter applies here.

2.      To trigger the 30-day removal periods under § 1441(b), the grounds for removal must be evident from the face of the pleadings. *See Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 694 (9th Cir. 2005). That is, the determination of removability is based on the "four corners of the applicable pleadings, not through subjective knowledge or a duty to make further inquiry." *Id.* If it is unclear from the complaint whether the case is removable, the pleadings are considered "indeterminate," and the 30-day removal window is not triggered. *Id.* at 693. Here, Plaintiff's Complaint is indeterminate. In fact, it was not until December 2024 that Plaintiff's claims against Defendant were made clear as a challenge to the operative ERISA-governed[1] benefit plan's coverage provision(s) and reimbursement methodologies. As detailed herein, this Notice of Removal is timely.

**II.      BACKGROUND**

3.      On or about April 28, 2023, Plaintiff Jackie Stapleton ("Plaintiff") filed a Claim and Order ("Complaint") in the Superior Court for the State of California, County of San Joaquin, Case No. STK-CV-SC-2023-0004533 (the "State Court Action") against Defendant.

4.      On August 12, 2024, Defendant *waived* of service of process at the request of the Court. This was after a judgment was vacated against Defendant, given defective and improper

---

[1] The Employee Retirement Income Security Act ("ERISA").

DEFENDANT'S NOTICE OF REMOVAL

service.  *See* **Exhibit A**.  As set forth herein, not until December 2024 did Plaintiff provide notice of its legal theories to demand the damages set forth in the Complaint.

5.      In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action are collectively attached hereto as **Exhibit A**.  Upon information and belief, no other related process, pleadings, or orders have been served.

6.      Removal is timely, as required by 28 U.S.C. § 1446.  Neither Plaintiff's Complaint nor subsequent filings provided "notice that the case is removable"; nor does a federal cause of action appears on the face of the Complaint.  It was not until December 2024 that Defendant was provided notice of Plaintiff's legal contentions in seeking damages.  (*See* paragraphs 16 and 17, *infra*.)  *See Roth v. CHA Hollywood Med. Ctr.*, 720 F.3d 1121, 1126 (9th Cir. 2013) ("[A] defendant's subjective knowledge cannot convert a non-removable action into a removable one such that the thirty-day time limit of § 1446(b)(1) ... begins to run against the defendant.").  The Ninth Circuit has rejected the argument that a case becomes removable when a complaint contains a "clue" regarding removability.  *Harris*, 425 F.3d at 696.  The Ninth Circuit's decision was based in part on "the concern that defendants may be encouraged to engage in premature removals in order to ensure they do not waive their right to removal."  *Id.* at 697.  And defendants would be "subject to a court's post-hoc consideration of whether there was a 'clue' in the initial pleading and whether the defendant exercised due diligence to discover the grounds for removability." *Id.*

7.      Removal is also proper because Defendant, the only named defendant, consents to removal of the State Court Action to this Court.

8.      In accordance with 28 U.S.C. § 1446(d), a copy of Defendant's Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the State of California, County of San Joaquin (*see* **Exhibit B**).

9.      In accordance with 28 U.S.C. § 1446(d), Defendant is contemporaneously serving this Notice of Removal on all adverse parties.

**II.    VENUE**

10.     Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action is pending (*see*

1   **Exhibit A**).

2   **III.    GROUNDS FOR REMOVAL – FEDERAL JURISDICTION**

3         11.    Based on recent information provided by Plaintiff, it is clear that the operative ERISA-

4   governed health benefits plan is central to this dispute.  (Declaration of Jane Stalinski ¶¶ 5–6.)

5         12.    With respect to Plaintiff's claim against Defendant, in December 2024, it became clear

6   in writing that it is premised on purported obligations of Defendant, the administrator of the operative

7   ERISA-governed plan, to issue benefits notwithstanding coverage and/or the reimbursement

8   methodologies set forth in the plan.  (*See* **Exhibit C** (redacted to remove settlement

9   proposal/communication).)

10         13.    The doctrine of complete preemption confers jurisdiction.   *See* 28 U.S.C. § 1441(b)

11   (courts have removal jurisdiction for any action in which the district courts have original jurisdiction

12   founded on a claim or right arising under the Constitution, treaties, or laws of the United States); *Aetna*

13   *Health Inc. v. Davila*, 542 U.S. 200, 207–08 (2004) ("[W]hen the federal statute completely preempts

14   the state-law cause of action, a claim which comes within the scope of that same cause of action, even

15   if pleaded in terms of state law, is in reality based on federal law: ERISA is one of these statutes."

16   (internal quotations and citations omitted)).

17         14.    ERISA § 502(a) provides the exclusive cause of action for violations of ERISA,

18   displacing state law claims.  After *Davila*, the Ninth Circuit held that a state law cause of action is

19   completely preempted if "(1) an individual, at some point in time, could have brought the claim under

20   ERISA § 502(a)(1)(B), and (2) where there is no other independent legal duty that is implicated by a

21   defendant's actions." *Fossen v. Blue Cross & Blue Shield of Mont.*, 660 F.3d 1102, 1107-08 (9th Cir.

22   2011) (citations omitted).  Both prongs of the *Davila* test are satisfied here.

23         15.    **With respect to the first prong**, Plaintiff is a participant in the operative ERISA-

24   governed plan; thus, prong one is satisfied.

25         16.    **With respect to the second prong**, based on recent information (as of December 4,

26   2024), Plaintiff seeks to challenge Defendants' interpretation of the ERISA-governed plan.  In

27   particular, Plaintiff seeks to challenge coverage determinations and/or the reimbursement methodology

28   in the ERISA-governed plan.  Courts have recognized that similar common claims are completely

preempted.  *See Cleghorn v. Blue Shield of California*, 408 F.3d 1222, 1226–27 (9th Cir. 2005) (state law unfair competition claims were completely preempted because plaintiff's "only factual basis for relief" was ERISA plan administrator's refusal "to reimburse him for the emergency medical care" and "[a]ny duty or liability that [administrator] had to reimburse him existed "only because of ... administration of ERISA ... plans"); *Samaan v. Anthem Blue Cross Life & Health Ins. Co.*, 2021 WL 2792307, at *4 (C.D. Cal. Mar. 10, 2021) ("Defendant would not be obligated to compensate Plaintiff for services rendered but for the existence of the ERISA-regulated plans, and as such no duties independent of said plans are implicated by Plaintiff's causes of action as currently pled.").  In particular, Plaintiff set forth the position that "an insurance company's 'belief that the policy does not provide coverage" is not a basis to refuse a reasonable settlement offer'" and "an insurance company has a duty 'to settle in an appropriate case although the express terms of the policy do not impose such a duty.'"  (*See* **Exhibit C** (redacted to remove settlement proposal/communication).)

17.     Moreover, at the last hearing in the State Court Action on November 29, 2024, before the hearing was adjourned, Plaintiff brought Stephen R. Stapleton to offer "UCR" testimony in an effort to challenge the reimbursement methodology set forth in the operative ERISA-governed plan. Plaintiff raising "UCR" demonstrates that Plaintiff seeks to mount a direct challenge to the ERISA-governed plan's reimbursement terms.

18.     Federal courts have original jurisdiction over all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this District Court's removal jurisdiction.  *See* 28 U.S.C. § 1441(b) (courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

19.     Further, 28 U.S.C. § 1441(c) allows for the removal of an entire action even when removable claims are joined with non-removable claims.  *See Melamed, M.D. v. Blue Cross of California*, 557 Fed. Appx. 659, 661 (9th Cir. 2014) (complete preemption of an individual claim is sufficient for removal to be proper).  As a result, this Court has supplemental jurisdiction over any otherwise non-removable claims and may determine all issues.

///

IV.     **RESERVATION OF RIGHTS**

20.     Defendant denies the allegations contained in Plaintiff's Complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, and/or obligations that may exist in either state or federal court.

21.     Defendant does not concede in any way that (i) Plaintiffs have asserted a claim upon which relief can be granted, and/or (ii) recovery of any of the amounts sought is authorized or appropriate under the terms of the ERISA-governed plan.

22.     Defendant reserves the right to amend or supplement this Notice of Removal. Further, to the extent any questions arise as to the propriety of the removal of the State Court Action, Defendant expressly requests the opportunity to present a brief, oral argument and any further evidence necessary in support of the position that this action is removable.

WHEREFORE, Defendant hereby removes this action to the United States District Court for the Eastern District of California, and requests such other and further relief as the Court deems appropriate and just.

DATED:  December 26, 2024

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

*Attorneys for Defendant*

# EXHIBIT A

**SC-100**

## Plaintiff's Claim and Order to Go to Small Claims Court

APR 2 8 2023

Filed _____

BRANDON E. RILEY, CLERK

*Danielle Jeandebien*

By _____

DEPUTY

### Notice to the person being Sued:

- You are the Defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

| Superior Court of California, County of: |
|---|
| San Joaquin |
| 180 E Weber Avenue |
| 180 E Weber Avenue |
| Stockton, CA 95202 |

| Case Number: |
|---|
| STK-CV-SC-2023-0004533 |
| **Case Name:** |
| Jackie Stapleton  vs  UnitedHealthCare Benefits Plan of California |

### Order to Go to Court

**The people in ① and 2 must attend court:** *(Clerk fills out section below.)*

| Trial Date | Date 07/19/2023 | Time 1:30 PM | Department 3A | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | _____ | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ | _____ |

Date: 04/28/2023          Clerk: __Danielle Jeandebien__ ,Deputy

### Instructions for the person suing:

> **Do not use this form to recover COVID-19 rental debt**, which is unpaid rent or other financial obligation under a tenancy between due between March 1, 2020, and September 30, 2021 (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form *SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the Plaintiff. The Person you are suing is the Defendant.
- **Before** you fill out this form, read form *SC-100-INFO, Information for the Plaintiff*, to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms*.
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all pages of this form and any attachments - one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information *www.courts.ca.gov/find-my-court.htm*
- You must have someone at least 18 – not you or anyone else listed in the case – give each Defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**

Plaintiff *(list names)*:

**Jackie Stapleton**

| Case Number: |
|---|
| STK-CV-SC-2023-0004533 |

**(1)** **The plaintiff (the person, business, or public entity that is suing) is:**

Name: _____ Phone: _____

Street address: _____
                  *Street*                  *City*        *State*   *Zip*

Mailing address *(if different)*: _____
                               *Street*                  *City*        *State*   *Zip*

Email address *(if available)*: _____

**If more than one plaintiff, list next plaintiff here:**

Name: _____ Phone: _____

Street address: _____
                  *Street*                  *City*        *State*   *Zip*

Mailing address *(if different)*: _____
                               *Street*                  *City*        *State*   *Zip*

Email address *(if available)*: _____

☐ *Check here if more than two plaintiffs and attach form*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name and attach form*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**(2)** **The defendant (the person, business, or public entity being sued) is:**

Name: _____ Phone: _____

Street address: _____
                  *Street*                  *City*        *State*   *Zip*

Mailing address *(if different)*: _____
                               *Street*                  *City*        *State*   *Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: _____ Job title, if known: _____

Address: _____
             *Street*                  *City*        *State*   *Zip*

☐ *Check here if your case is against more than one defendant and attach form*
☐ *Check here if any defendant is on active military duty and write defendant's name here:* _____

**(3)** **The plaintiff claims the defendant owes $** _____ **.** *(Explain below and on next page.)*
*(Note: A claim for COVID-19 rental debt cannot be made on this form. Use form*

  a. Why does the defendant owe the plaintiff money?

_____
_____
_____
_____
_____
_____

Plaintiff *(list names):*

**Jackie Stapleton**

Case Number:
STK-CV-SC-2023-0004533

③ b.   When did this happen? *(Date):* _____

If no specific date, give the time period: *Date started:* _____ *Through:* _____

c.   How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

_____
_____
_____
_____

☐ *Check here if you need more space. Attach one sheet of paper or form        and write "SC-100, Item 3" at the top.*

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**

☐ Yes    ☐ No    If no, explain why not:

_____
_____
_____
_____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a.   ☐   (1) Where the defendant lives or does business.
           (2) Where the plaintiff's property was damaged.
           (3) Where the plaintiff was injured.

       (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b.   ☐   Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c.   ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ. Code, § 1812.10.)

d.   ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ. Code, § 2984.4.)

e.   ☐   Other *(specify):* _____
       _____

⑥ **List the zip code of the place checked in** ⑤ **above** *(if you know):* _____

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes    ☐ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes    ☐ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

| Plaintiff *(list names):* | Case Number: |
|---|---|
| Jackie Stapleton | STK-CV-SC-2023-0004533 |

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes   ☐ No   *If yes, the filing fee for this case will be higher.*

**⑩ Is your claim for more than $2,500?** ☐ Yes   ☐ No
*If you answer yes, you also confirm that you have not filed, and you understand that you may not file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**⑪ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under the laws of the State of California that the information above and on any attachments to this form is true and correct.

Date: _____

_____    ▶ _____
*Plaintiff types or prints name here*                        *Plaintiff signs here*

Date: _____

_____    ▶ _____
*Second plaintiff types or prints name here*                  *Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. For these and other accommodations, contact the clerk's office for form                              (Civ. Code, § 54.8.)

# SC-100 — Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that support your case. And read "Be Prepared for Your Trial" at

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form                           Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form                           or a local court form to request an interpreter. If a court interpreter is unavailable for your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form          .)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form                    You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form            or form

- If you were *not* at the trial, fill out and file form                                            to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form

For more information on appeals, see

**Do I have options?** Yes. If you are being sued you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case before the trial, the plaintiff must file form                           or a written and signed settlement agreement with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form            ) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court *and* relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above, titled **"Small Claims Court."**

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county).

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form            (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to 

---

* **Exceptions:** Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).) Limits do not apply in an action to recover COVID-19 rental debt. (See Code Civ. Proc., §§ 116.223 & 1179.02; form SC-500.)

## SC-100   Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y económico. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningún documento antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigo, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en *www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una modificación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Solicitud de modificaciones para discapacidad.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicite un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).

- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso antes del juicio, el Demandante tiene que presentar el formulario CIV-110 Solicitud de desestimación (Request for Dismissal) o un acuerdo de resolución escrito y firmado al secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que la corte es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, o suceso o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos a plazos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite *www.courts.ca.gov/reclamosmenores/asesores.*

* **Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) Los límites no se aplican a las acciones para reclamar una deuda de alquiler del COVID-19. (Vea el Código de Procedimiento Civil, secciones 116.223 y 1179.02; y el formulario SC-500.)

**Reclamo del Demandante y ORDEN Para Ir a la Corte de Reclamos Menores**

| **SC-100** | **Plaintiff's Claim and Order to Go to Small Claims Court** |

```
              FILED
       2023 JUL 19 PM 2:00
     BRANDON E. RILEY, CLERK
     BY___LISA VEGA_____
              DEPUTY
```

**Notice to the person being Sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

**Superior Court of California, County of:**
San Joaquin
180 E Weber Avenue
180 E Weber Avenue
Stockton, CA 95202

**Case Number:**
STK-CV-SC-2023-0004533
**Case Name:**
Jackie Stapleton vs UnitedHealthCare
Benefits Plan of California

**Order to Go to Court**

**The people in ① and 2 must attend court:** *(Clerk fills out section below.)*

| Trial Date → | Date 09/25/2023 | Time 1:30 PM | Department 3A | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

Date: 07/19/2023                    Clerk: _Lisa Vega_____, Deputy

**Instructions for the person suing:**

> Do not use this form to recover **COVID-19 rental debt**, which is unpaid rent or other financial obligation under a tenancy between due between March 1, 2020, and September 30, 2021 (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form *SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the Plaintiff. The Person you are suing is the Defendant.
- **Before** you fill out this form, read form *SC-100-INFO, Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all pages of this form and any attachments - one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information *www.courts.ca.gov/find-my-court.htm*
- You must have someone at least 18 – not you or anyone else listed in the case – give each Defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms *SC-104, SC-104B,* and *SC-104C.*
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**

SC-100 Page 1

**Superior Court of California, County of San Joaquin**

## MINUTE ORDER

**Date:** 07/19/2023 01:30 PM          **Case Number:** STK-CV-SC-2023-0004533

**Jackie Stapleton vs UnitedHealthCare Benefits Plan of California**

**Event Type:** Court Trial          **Department:** 3A

---

**Appearances:** Presiding Judge: Tameem Mardini. Plaintiff, Jackie Stapleton, appears Pro Se. Defendant, UnitedHealthCare Benefits Plan of California failed to appear. Also attending: Court Smart Court Reporter; dsriboonreuang Court Clerk.

---

No proof of service filed.

Continuance slip given to plaintiff to take to clerk's office.

**Superior Court of California, County of San Joaquin**

**MINUTE ORDER**

**Date:** 09/25/2023 01:30 PM                    **Case Number:** STK-CV-SC-2023-0004533
**Jackie Stapleton  vs  UnitedHealthCare**
**Benefits Plan of California**
**Event Type:** Court Trial                    **Department:** 3A

**Appearances:** Presiding Judge: Tameem Mardini. Plaintiff, Jackie Stapleton, appears Pro Se. Also attending: Court Smart Court Reporter; rgutierrez Court Clerk.

There is no proof of service on file.

Matter referred to the clerks office to reset.



**Plaintiff's Claim and Order**
**to Go to Small Claims Court**

FILED
SEP 25   PM 2:30



APR 2 8 2023

Filed
BRANDON E. RILEY, CLERK

By _____
DEPUTY

**Notice to the person being Sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Superior Court of California, County of:
San Joaquin
180 E Weber Avenue
180 E Weber Avenue
Stockton, CA 95202

Case Number:
STK-CV-SC-2023-0004533
Case Name:
Jackie Stapleton vs UnitedHealthCare
Benefits Plan of California

**Order to Go to Court**

**The people in ① and 2 must attend court:** *(Clerk fills out section below.)*

| Trial Date | Date 07/19/2023 | Time 1:30 PM | Department 3A | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 11/09/23 | 1:30 PM | 3A | |
| | 2. | | | |
| | 3. | | | |

Date: 04/28/2023          Clerk: Danielle Jeandebien          ,Deputy

**Instructions for the person suing:**

Do not use this form to recover COVID-19 rental debt, which is unpaid rent or other financial obligation under a tenancy between due between March 1, 2020, and September 30, 2021 (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form *SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the Plaintiff. The Person you are suing is the Defendant.
- Before you fill out this form, read form *SC-100-INFO, Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2, 3, and 4 of this form. Make copies of all pages of this form and any attachments - one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information *www.courts.ca.gov/find-my-court.htm*
- You must have someone at least 18 — not you or anyone else listed in the case — give each Defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

---

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jackie Stapleton, Pro Per<br>172 West Viola Street<br>Mountain House, CA  95391<br><br>TELEPHONE NO.: (415) 748-7499          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* NoWorriesJLR@yahoo.com<br>ATTORNEY FOR *(Name):* In Propria Persona | *FOR COURT USE ONLY*<br><br>Electronically Filed<br>Superior Court of California<br>County of San Joaquin<br>2023-11-17 23:04:39<br>Clerk: Mary Peterson |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN JOAQUIN
STREET ADDRESS: 180 E Weber Ave., Suite 260
MAILING ADDRESS: 180 E Weber Ave., Suite 260
CITY AND ZIP CODE: Stockton,  95202
BRANCH NAME: Small Claims Department

PETITIONER/PLAINTIFF: Jackie Stapleton

RESPONDENT/DEFENDANT: UnitedHealthCare Benefits Plan of California

| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER:<br>STK-CV-SC-0004533 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):*
   SC-100, Plaintiff's Claim and Order to Go to Small Claims Court

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:

   a.  Name: C T Corporation System

   b.  Address: 555 Capitol Mall Suite 1150, Sacramento, CA 95814

   c.  Date: July 25, 2023

   d.  Time: Approximately 11:00 a.m.

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☒ not a registered California process server.
   b. ☐ a registered California process server.

   c. ☐ an employee or independent contractor of a registered California process server.

   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   Stephen R. Stapleton
   4216 Weymouth Lane
   Sacramento, CA  95823-3512
   (916) 421-5577

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.


Date:  July 25, 2023

Stephen R. Stapleton
_____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶        *[signature]*
_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

| **PROOF OF PERSONAL SERVICE—CIVIL** | Code of Civil Procedure, § 1011<br>*www.courts.ca.gov*

# INFORMATION SHEET FOR PROOF OF PERSONAL SERVICE—CIVIL

*(This information sheet is not a part of the Proof of Service form and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use Proof of Service of Summons (form POS-010).

Use these instructions to complete the *Proof of Personal Service* (form POS-020).

A person at least 18 years of age or older must serve the documents. There are two main ways to serve documents: (1) by personal delivery and (2) by mail. Certain documents must be personally served. You must determine whether personal service is required for a document.

The person who personally served the documents must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

### INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS

The proof of service should be printed or typed. If you have Internet access, fillable versions of the form are available at *www.courtinfo.ca.gov/forms.*

Complete the top section of the proof of service form as follows:

<u>First box, left side</u>: In this box print the name, address, and phone number of the person for whom you served the documents.

<u>Second box, left side</u>: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

<u>Third box, left side</u>: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are listed on the documents that you served.

<u>First box, top of form, right side</u>: Leave this box blank for the court's use.

<u>Second box, right side</u>: Print the case number in this box. The number should be the same as the case number on the documents that you served.
*Complete all applicable items on the form:*

1. You are stating that you are over the age of 18 and that you are not a party to this action.

2. List the name of each document that you delivered to the person. If you need more space, check the box in item 2, complete the *Attachment to Proof of Personal Service–Civil (Documents Served)* (form POS-020(D)), and attach it to form POS-020.

3. Provide the name of each person served, the address where you served the documents, and the date and time of service. If you served more than one person, check the box in item 3, complete the *Attachment to Proof of Personal Service–Civil (Persons Served)* (form POS-020(P)), and attach it to form POS-020.

4. Check the box that applies to you. If you are a private person serving the documents for a party, check box "a."

5. Print your name, address, and telephone number. If applicable, include the county in which you are registered as a process server and your registration number.

6. You must check this box if you are not a California sheriff or marshal. You are stating under penalty of perjury that the information you have provided is true and correct.

7. Do not check this box unless you are a California sheriff or marshal.

**At the bottom, fill in the date on which you signed the form, print your name, and sign the form at the arrow. By signing, you are stating under penalty of perjury that all the information that you have provided on form POS-020 is true and correct.**

**PROOF OF PERSONAL SERVICE—CIVIL**

**Superior Court of California, County of San Joaquin**

**MINUTE ORDER**

**Date:** 11/29/2023 01:30 PM                    **Case Number:** STK-CV-SC-2023-0004533

**Jackie Stapleton  vs  UnitedHealthCare**
**Benefits Plan of California**
**Event Type:** Court Trial                    **Department:** 3A

**Appearances:** Presiding Judge: Katy E. Jacot. Plaintiff, Jackie Stapleton, appears Pro Se. Defendant, UnitedHealthCare Benefits Plan of California failed to appear. Also attending: Court Smart Court Reporter; sraya Court Clerk.

Hearing recorded on Court Smart.

Parties stipulate to a Commissioner.

Plaintiff is sworn and testifies on her own behalf.

The court finds judgment for Jackie Stapleton against UnitedHealthCare Benefits Plan of California in the amount of $4356.34 principal $75.00 costs.

Clerk updated plaintiff's address in FCE.

Name and Address of Court:
Superior Court San Joaquin
180 E Weber Avenue
180 E Weber Avenue
Stockton, CA 95202

SMALL CLAIMS CASE NO.:
STK-CV-SC-2023-0004533

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: |
|---|---|
| **Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights.** | Su caso ha sido resuelto por la corte para reclarnos judiciales menores. Si la corte ha decidido en su contra y ha ordenado quo usted pague dinero, le pueden quitarsu salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos. |

PLAINTIFF/DEMANDANTE *(Name, street address, and telephone number of each)*

Jackie Stapleton
9439 N Saybrook Dr #129
Fresno, CA 93720
Telephone No.: (415) 748-7499

DEFENDANT/DEMANDADO* *(Name, street address, and telephone number of each)*

UnitedHealthCare Benefits Plan of California
5995 Plaza Drive
Cypress, CA 90630
Telephone No.: (800) 523-5800

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as indicated below on (date): 11/29/2023

1. Defendant(s) UnitedHealthCare Benefits Plan of California shall pay Plaintiff(s) Jackie Stapleton $4356.34 Principal and $75.00 costs on plaintiffs claim.

2. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

3. CLERK'S CERTIFICATE OF MAILING –I certify that I am not a party to this action. The *Notice of Entry of Judgment* was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: Stockton, California

Date of mailing: 12/07/2023

Clerk, by  Mary Peterson , Deputy

---

**The county provides small claims advisor service free of charge. Read the information sheet on the reverse.**

---

- **JUDGMENT DEBTOR'S STATEMENT OF ASSESTS FORM SC-133 MAILED TO DEBTOR(S)**

- **NOTICE IS HEREBY GIVEN TO YOU PURSUANT TO SECTION 1952 OF THE CODE OF CIVIL PROCEDURE OF CALIFORNIA THAT ANY EXHIBITS INTRODUCED IN THE PROCEEDINGS OF THE ABOVE-ENTITLED ACTION MAY BE DESTROYED 60 DAYS AFTER THE CLERK'S MAILING OF JUDGMENT OR 60 DAYS FROM THE EXPIRATION OF THE APPEAL TIME.**

  **YOU MUST APPEAR PERSONALLY IN THE CLERK'S OFFICE AND CLAIM YOUR EXHIBITS.**
  **THE COURT WILL NOT MAIL THE EXHIBITS TO YOU.**

Form Adopted for Alternative Mandatory Use
Judicial Council of California
SC-130

**Notice of Entry of Judgment**
**(Small Claims)**

SC-130
Page 1

Case 2:24-r-01011 Document 1 Filed 12/28/24 Page 23 of 48

| INFORMATION AFTER JUDGMENT | INFORMATION DISPUTES DEL FALLO DE LA CORTE |
|---|---|

Your small claims case has been decided. The **judgment** or decision of the court appears on the front of this sheet. The court may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor.** The person (or business) who lost the case and who owes the money is called the **judgment debtor.**
Enforcement of the judgment is postponed until the time for appeal ends or until the appeals decided. This means that the judgment creditor cannot collect any money or take any action until this notice of entry is over. Generally, both parties may be represented by lawyers after judgment.

**IF YOU LOST THE CASE . . .**

1. If you lost the case on your own claim and the court did not award you any money, the court's decision on your claim is **FINAL.** You may not appeal your own claim.

2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

a. **PAY THE JUDGMENT**

The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures

b. **APPEAL**

If you disagree with the court's decision, you may appeal the decision on *the other party's claim.* You may not appeal the decision on your claim. However, if any party appeals, there will be a new trial on *all* the claim. If you appeared at the trial, you *must* begin your appeal by filing a form called a *Notice of Appeal* (form SC-140) and pay the required fees within 30 days after the date this *Notice of Entry of Judgment* was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.

c. **VACATE OR CANCEL THE JUDGMENT**

If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a *Motion to Vacate the Judgment* (form SC-135) and pay the required fee within 30 days after the date this *Notice of Entry of Judgment* was mailed. If your request is denied, you then have 10 days from the date the notice of denial was mailed to file an appeal. The period to file the *Motion to Vacate* the Judgment is 180 days if you were not properly served with the claim. The 180-day period begins on the date you found out or should have found you about the judgment against you.

**IF YOU WON THE CASE . . .**

1. If you were sued by the other party and you won the case, then the other party may not appeal the court's decision.

2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:

   a. **COLLECTING FEES AND INTEREST**

   Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra cost can become part of your original judgment. To claim these fees, ask the clerk from a *Memorandum of Costs.*

b. **VOLUNTARY PAYMENT**

Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor to return the property to you. **THE COURT WILL NOT COLLECT THE MONEY OR ENFORCE JUDGMENT FOR YOU.**

c. **STATEMENT OF ASSETS**

If the judgment debtor does not pay the money, the law requires the debtor to fill out a form called the *Judgment Debtor's Statement of Assets* (form SC-133). This form will tell you what property the judgment debtor has that may be available to pay your claim. If the judgment debtor willfully fails to send you the completed form, you may file an *Application and Order to Produce Statement of Assets and to Appear for Examination* (form SC-134) and ask the court to give you your attorney's fees and expenses and other appropriate relief, after proper notice, under Code of Civil Procedure section 708.170.

d. **ORDER OF EXAMINATION**

You may also make the debtor come to court to answer questions about income and property. To do this, ask the clerk for an *Application and Order for Appearance and Examination* (Enforcement of Judgment) (form EJ-125) and pay the required fee. There is a fee if a law officer serves the order on the judgment debtor. You may also obtain the judgment debtors financial records. Ask the clerk for the *Small Claims Subpoena and Declaration* (form SC-107) or *Civil Subpoena Duces Tecum* (form SUBP-002)

e. **WRIT OF EXECUTION**

After you find out about the judgment debtor's property, you may ask the court for a *Writ of Execution* (form EJ-130) and pay the required fee. Writ of execution is a court paper that tells a law officer to take property of the judgment debtor to pay your claim. Here are some examples of the kinds of property the officer may be able to take: **wages, bank accounts, automobile, business property, or rental income.** For some kinds of property, you may need to file other forms See the law officer for information.

f. **ABSTRACT OF JUDGMENT**

The judgment debtor may own land or a house or other buildings. You may want to put a lien on the property so that you will be paid if the property is sold. You can get a lien by filing an *Abstract of Judgment* (form EJ-001) with the country recorder in the country where the property is located. The recorder will charge a fee for the *Abstract of Judgment*

---

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you *must* fill, you *must* fill out the form below and mail it to the court *immediately or* you may be fined. If an *Abstract of Judgment has* been recorded, you must use another form; see the clerk for the proper form.

SMALL CLAIMS CASE NO: STK-CV-SC-2023-0004533

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

*( Do not use this form if an Abstract of Judgment has been recorded)*

**To the Clerk of the Court**

I am the ☐ judgment creditor ☐ assignee of record.

I agree that the judgment in this action has been paid in full or otherwise satisfied.

Date: _____

_____     _____
     (TYPE OR PRINT NAME)                             (SIGNATURE)

Form Adopted for Alternative Mandatory Use
Judicial Council of California
SC-130               **Notice of Entry of Judgment**
**(Small Claims)**              SC-130
Page 2

RECEIVED
2024-07-25 11:44:36

SC-135

Name and Address of Court:
Superior Court of Calif., Cnty of San Joaquin. Small Claims
Clerk. 180 E Weber Ave. Ste 260. Stockton 95202

SMALL CLAIMS CASE NO.: STK-CV-SC-2023-0004533

| PLAINTIFF/DEMANDANTE *(Name, street address, and telephone number of each):* | DEFENDANT/DEMANDADO *(Name, street address, and telephone number of each):* |
|---|---|
| Jackie Stapleton<br>9439 N Saybrook Drive, #129<br>Fresno, CA 93720 | UnitedHealthCare Benefits Plan of California<br>CT Corp. 330 N Brand Blvd STE 700. Glendale CA 91203 |
| Telephone No.: (415) 748-7499 | Telephone No.: 877 564 7529 |
| Telephone No.: | Telephone No.: |

☐ See attached sheet for additional plaintiffs and defendants.

**NOTICE TO (Name):** Superior Court of Calif.. Cnty of San Joaquin. Small Claims Clerk and Jackie Stapleton (Plaintiff)

| **One of the parties has asked the court to CANCEL the small claims judgment in your case. If you disagree with this request, you should appear in this court on the hearing date shown below. If the request is granted, ANOTHER TRIAL may immediately be held. Bring all witnesses, books, receipts, and other papers or things with you to support your case.** | *Una de las partes en el caso le ha solicitado a la corte que DEJE SIN EFECTO la decisión tomada en su caso por la corte para reclamos judiciales menores. Si usted está en desacuerdo con esta solicitud, debe presentarse en esta corte en la fecha de la audiencia indicada a continuación. Si se concede esta solicitud, es posible que se efectúe otro juicio inmediatamente. Traiga a todos sus testigos, libros, recibos, y otros documentos o cosas para presentarlos en apoyo de su caso.* |
|---|---|

### NOTICE OF MOTION TO VACATE (CANCEL) JUDGMENT

1. A hearing will be held in this court at which I will ask the court to cancel the judgment entered against me in this case. If you wish to oppose the motion you should appear at the court on

| **HEARING DATE**<br>**FECHA**<br>**DEL**<br>**JUICIO** | | DATE | DAY | TIME | SUPERIOR COURT OF CALIFORNIA | COURT USE |
|---|---|---|---|---|---|---|
| | 1. | 8 12 24 | Mon | 1:30pm Dept 3B | County of San Joaquin | |
| | 2. | | | | 180 E. Weber Ave. | |
| | 3. | | | | Stockton, CA 95202 | |

2. I am asking the court to cancel the judgment for the reasons stated in item 5 below. My request is based on this notice of motion and declaration, the records on file with the court, and any evidence that may be presented at the hearing.

### DECLARATION FOR MOTION TO VACATE (CANCEL) JUDGMENT

3. Judgment was entered against me in this case on *(date):* 11/29/2023

4. I first learned of the entry of judgment against me on *(date):* 07/08/2024

5. I am asking the court to cancel the judgment for the following reason: Not served notice of trial or judgement.

   a. ☒ I did not appear at the trial of this claim because *(specify facts):* We were not properly served.

   b. ☐ Other *(specify facts):*

6. I understand that I must bring with me to the hearing on this motion all witnesses, books, receipts, and other papers or things to support my case.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/25/2024

Vicky Walberg representative for UHC
*(TYPE OR PRINT NAME)*

▶ *Vicky Walberg*
*(SIGNATURE)*

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action. This Notice of Motion to Vacate Judgment and Declaration was mailed first class, postage prepaid, in a sealed envelope to the responding party at the address shown above. The mailing and this certification occurred at *(place):* Stockton California,
on *(date):* 7/26/24   STEPHANIE BOHRER, Clerk, by *Mary Peterson*, Deputy

— The county provides small claims advisor services free of charge —

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
SC-135 [Rev. January 1, 2007]

**NOTICE OF MOTION TO VACATE JUDGMENT AND DECLARATION**
**(Small Claims)**

Code of Civil Procedure §§ 116.720,
116.730,116.740
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
180 E Weber Avenue
180 E Weber Avenue
Stockton , CA  95202

*FOR COURT USE ONLY*

Jackie Stapleton  vs  UnitedHealthCare Benefits Plan of California

**NOTICE OF MOTION TO VACATE**

**CASE NUMBER:**

STK-CV-SC-2023-0004533

Please take notice that a Motion to Vacate has been scheduled on 08/12/2024 at 1:30 PM
in Department 3B  of this court, located at 180 E Weber Avenue Stockton.

Stephanie Bohrer, Clerk of the Court

Date: 07/25/2024

By: <u>Mary Peterson</u>, Deputy

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy was mailed following standard court practices in a
sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at
Stockton, California, on 07/26/2024.

By: <u>Mary Peterson</u>, Deputy Clerk

Jackie Stapleton
9439 N Saybrook Dr #129
Fresno CA 93720

UnitedHealthCare Benefits Plan of California
330 N Brand Blvd,, Suite 700
Glendale CA 91203

RA-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | |
|---|---|---|

NAME: UnitedHealthCare Benefits Plan of California (rep. Vicky Walberg)
FIRM NAME:
STREET ADDRESS: 9700 Healthcare Lane
CITY: Minnetonka     STATE: MN     ZIP CODE: 55343
TELEPHONE NO.: 952 406 5403     FAX NO.:
EMAIL ADDRESS: vicky_walberg@uhc.com
ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Joaquin
STREET ADDRESS: 180 E. Weber Ave.
MAILING ADDRESS: 180 E. Weber Ave.
CITY AND ZIP CODE: Stockton, CA 95202
BRANCH NAME: Small Claims

PLAINTIFF/PETITIONER: Jackie Stapleton
DEFENDANT/RESPONDENT: UnitedHealthCare Benefits Plan of California
OTHER CASE NAME: Jackie Stapleton vs. United HealthCare Benefits Plan of Calif

Electronically Filed
Superior Court of California
County of San Joaquin
2024-08-05 10:32:44
Clerk: Mary Peterson

**NOTICE OF REMOTE APPEARANCE**

CASE NUMBER:
STK-CV-SC-2023-0004533

---

You must use this form to tell the court you intend to appear remotely in a civil case, unless the court's website describes an online process for giving notice. You may also use it to give the required notice to all other parties in the case. (Do not use this form in a juvenile dependency proceeding.)

Check the court's website for information about how to appear remotely, including the departments and types of cases or proceedings that allow remote appearances and ways to appear remotely in their departments for such appearances.

See page 3 of this form for more information, including deadlines for giving notice and for opposing a remote appearance if this notice is for an evidentiary hearing or trial.

**A person appearing remotely should conduct themselves as though appearing in court in person.**

---

1. The person who intends to appear remotely is (check and complete all that apply):

   ☐ Plaintiff/Petitioner (name):

   ☐ Attorney for Plaintiff/Petitioner (name):

   ☒ Defendant/Respondent (name):   UnitedHealthCare Benefits Plan of California (rep. Vicky Walberg)

   ☐ Attorney for Defendant/Respondent (name):

   ☐ Other (name and role in case):

2. The person or persons in 1 intends to appear remotely (check one):

   a. ☒ Throughout the case.

   b. ☐ At the proceeding described below, including on any later dates if the proceeding is continued (describe):

   Type of proceeding:

   Set on (date):                    at (time):                    in (department):

   Before (name of judicial officer, if known):

3. The person intends to appear by (check court's website for method that may be used):

   ☒ Videoconference     ☐ Audio only (including telephone)

4. ☐ For evidentiary hearing or trial only (where testimony may be given): the party requests the following additional aspects of the proceeding be conducted remotely(describe what the party wants to be done remotely and why; attach form MC-25 if more space is needed):

   Defendant respectfully requests that the Court permit United's representative to appear in the above-referanced matter by remote appearance because (1) United is a Minnesota based corporation (2) the undersigned representative - who is managing this matter on United's behalf - telecommutes from North Houston, Texas

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
www.courts.ca.gov

RA-010

| PLAINTIFF: Jackie Stapleton | CASE NUMBER: |
|---|---|
| DEFENDANT: United HealthCare Benefits Plan of California | STK-CV-SC-2023-0004533 |

5. ☒ I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Date: 08/05/2024

Vicky Walberg
_____
(TYPE OR PRINT NAME)

► *Vicky Walberg*
_____
(SIGNATURE)

## Notice to Other Parties

Anyone intending to appear remotely must provide notice to all other parties by the deadlines stated in Cal. Rules of Court, rule 3.672, and described on the next page. Notice may be provided orally, electronically, or by giving the other parties this form in a way to ensure it is received by the applicable deadline. The party must tell the court this was done either by filing a proof of service (this may be done on forms POS-040 or POS-050 for electronic service) or by completing and signing the declaration below.

## Declaration of Notice

I gave notice that I intend to appear remotely to the other parties or persons entitled to receive notice in this case as stated below.
*Complete one item below for each person notice was given to, and enter one of the following options for "Method of notice" in c.*

- **Mail**: By mailing them a copy of this form (write the mailing address in d.)
- **Overnight delivery**: By having a copy of this form delivered overnight (write the delivery address in d.)
- **Electronic notice**: By e-mail or text message (write the e-mail or phone number in d.)
- **Phone**: By telling them over the telephone or leaving them voice mail (write the phone number in d.), or
- **In person**: By giving them a copy of this form in person, or by telling them orally in person (write the address in d.)

1. ☒ Plaintiff/Petitioner
   a. Name: Jackie Stapleton
   b. Date of notice: 08/05/2024
   c. Method of notice: email
   d. Address (mailing, in-person, or email) or phone number:
      noworriesjlr@yahoo.com

2. ☐ Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

3. ☐ Defendant/Respondent
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

4. ☐ Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) phone number:

5. ☐ Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

6. ☐ Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) phone number:

7. ☐ Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

7. ☐ Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

☐ If more people were given notice, check here, attach form MC-025, titled as Attachment Notice, and add the information about how and when notice was given to each person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/05/2024

Vicky Walberg
_____
(TYPE OR PRINT NAME)

► *Vicky Walberg*
_____
(SIGNATURE)

RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Page 2 of 3
[page 3 need not be filed]

## Instructions for Giving Notice of Remote Appearance
(This page does not need to be filed.)

**1. Court online procedures**. Before using this form, check the court's website to see if that court has an online procedure for providing notice to the court of your intent to appear remotely instead. You can find a link to the website for each court at: *https://www.courts.ca.gov/find-my-court.htm*.

**2. How to use this form**. This form is intended for use in civil cases only (any cases not criminal or petitions for habeas corpus, other than petitions under Welf. & Inst. Code, § 5000 et seq.), to provide written notice of intent to appear remotely, to a court and the parties, as described in Code of Civil Procedure section 367.75. It is not needed in juvenile dependency hearings.

**Check the court's website to determine how remote appearances work in that court before completing this form.** If the court does not have an online procedure for giving notice to the court of intent to appear remotely, complete and file this form to give the court notice. If you intend to appear remotely throughout the case, you only need to file it once (check item 2a).

**3. Notice to others**. You may also use this form to show that you gave notice to other parties. You must give notice of your intent to appear remotely to all parties and other persons who are entitled to notice of the proceeding. (If you checked item 2a, you only need to give notice once. Otherwise, give notice to the court and others before each proceeding you intend to appear at remotely.) You can describe how and when you gave notice in the Declaration of Notice on page 2, or by filing a proof of service with the court.

**4. When to file and give notice to others.**
California Rules of Court, rule 3.672(g) and (h) state the deadlines by which you have to give notice of intent to appear remotely to the other parties and the court. (You can give notice earlier.) There are different deadlines :

> ***For motions and proceedings in which people cannot testify***
>
> If a party gives or receives *at least 3 court days' notice* of the proceeding (including all regularly noticed motions):
> - At least 2 court days before the proceeding.
>
> If a party gives or receives *less than 3 court days' notice* of the proceeding (including ex parte applications):
> - With the moving papers, if the notice to appear remotely is by the party that is asking for the hearing; or
> - By 2 p.m. the court day before the hearing if the notice to appear remotely is by any other party.
>
> *Note:* If a party misses these deadlines, they may still ask the court for permission to appear remotely.
>
> ***For trials, including small claims trials, and hearings in which people may testify (evidentiary hearings)***
>
> If a party gives or receives *at least 15 court days' notice* of a trial or hearing date, and for all small claims trials:
> - At least 10 court days before the trial or hearing date.
>
> If a party gives or receives *less than 15 days' notice* of the trial or hearing (including hearings on protective orders):
> - With the moving papers or at least 5 court days before the hearing, if the notice to appear remotely is by the party that is asking for the hearing; or
> - By 2 p.m. the court day before the hearing if the notice to appear remotely is by any other party.
> *Note:* If a party misses these deadlines, they may still ask thecourt for permission to appear remotely.

**5. Opposition to remote appearances at trial or evidentiary hearing.** If a party or witness has given notice of intent to appear remotely at a trial or evidentiary hearing (hearing at which people may testify), other parties in the action may oppose the remote appearance by filing *Opposition to Remote Proceeding at Evidentiary Hearing or Trial* (form RA-015). The opposition must be served on parties and other persons entitled to receive notice of the proceedings, by the deadlines summarized on that form. (Cal. Rules of Court, rule 3.672(h)(3).)

**6. In-person appearance.** A court may require any person to appear in person instead of remotely. (Code Civ. Proc., § 367.75(b).)

**7. Recordings.** No person may record a proceeding without first getting approval from the judge. (Cal. Rules of Court, rule 1.150(c).)

**8. Accommodations for disability.** If a party needs an accommodation for a disability, use form MC-410, *Disability Accommodations Request,* to tell the court about their needs. See form MC-410-INFO for more information.

**9. Request for interpreter.** If a party does do not speak English well, ask the court clerk as soon as possible for a court-provided interpreter. Form INT-300, *Request for an Interpreter,* or a local court form may be used to request an interpreter. If no court interpreter is available, it may be necessary to reschedule the hearing or trial.

**NOTICE OF REMOTE APPEARANCE**

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**



Print this form    Save this form    Clear this form

**RA-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: UnitedHealthCare Benefits Plan of California (rep. Vicky Walberg) | | FILED |
| FIRM NAME: | | SUPERIOR COURT-STOCKTON |
| STREET ADDRESS: 9700 Healthcare Lane | | |
| CITY: 9700 Healthcare Lane   STATE: MN   ZIP CODE: 55343 | | 2024 AUG -6  AM 8: 33 |
| TELEPHONE NO.: 952 406 5403   FAX NO.: | | |
| EMAIL ADDRESS: vicky_walberg@uhc.com | | |
| ATTORNEY FOR (name): | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Joaquin |
|---|
| STREET ADDRESS: 180 E. Weber Ave. |
| MAILING ADDRESS: 180 E. Weber Ave. |
| CITY AND ZIP CODE: Stockton, CA 95202 |
| BRANCH NAME: Small Claims |

| PLAINTIFF: Jackie Stapleton |
|---|
| DEFENDANT: UnitedHealthCare Benefits Plan of California |
| OTHER CASE NAME: Jackie Stapleton vs. United HealthCare Benefits Plan of CA |

| ORDER REGARDING REMOTE APPEARANCE | CASE NUMBER: STK-CV-SC-2023-0004533 |
|---|---|

**The court makes the following orders regarding remote appearances:**

1. This order applies to the proceeding described below, including on any later dates if the proceeding is continued:

    Type of proceeding: Motion to Vacate

    Set or ~~~ate): 8/12/24     at (time): 1:30 pm     in (department): 3B

2. ☐ **Participant to appear in person.**

    The following persons are required to appear or testify in person:

    Name                                                    Role in Case

3. ☑ **Participant may appear through remote technology.**

    a. The following persons may appear or testify through remote technology, subject to any requirement in b:

    Name   Vicky WALBERG     Role in Case   Defendant

    b. If the following technology is not used, an in-person appearance is required. (See the court's website for specific information about the platforms used and how to appear remotely.)

    i. ☐ videoconference only

    ii. ☑ audio only (including telephone)

    iii. ☑ videoconference or audio

4. ☑ Other Orders. Remote litigant shall be required to submit all Documentary evidence 5 days prior to trial

Date: 8-6-24

_____
JUDGE OR JUDICIAL OFFICER

Form Approved for Optional Use
Judicial Council of California
RA-020 [New January 1, 2022]

**ORDER REGARDING REMOTE APPEARANCE**

Page 1 of 1
Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

 Print this form   Save this form   Clear this form

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br>STREET ADDRESS: 180 E Weber Avenue<br>MAILING ADDRESS: 180 E Weber Avenue<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME:  Superior Court San Joaquin | *FOR COURT USE ONLY* |
| **Jackie Stapleton  vs  UnitedHealthCare Benefits Plan of California** | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br><br>STK-CV-SC-2023-0004533 |

I certify that I am not a party to this cause. I certify that a copy of RA-020 Order Regarding Remote Appearance was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 08/06/2024.


By: <u>Mary Peterson</u>, Deputy Clerk


UnitedHealthCare Benefits Plan of California
330 N Brand Blvd,, Suite 700
Glendale CA 91203


UnitedHealthCare Benefits Plan of California
(Rep. Vicky Walberg
9700 Healthcare Lane
Minnetonka, MN 55343

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

**Superior Court of California, County of San Joaquin**

## MINUTE ORDER

**Date:** 08/12/2024 01:30 PM        **Case Number:** STK-CV-SC-2023-0004533
**Jackie Stapleton  vs  UnitedHealthCare**
**Benefits Plan of California**
**Event Type:** Motion to Vacate        **Department:** 3B

**Appearances:** Presiding Judge: David E. French. Plaintiff, Jackie Stapleton, appears Pro Se. Defendant, UnitedHealthCare Benefits Plan of California, appears Pro Se. Also attending: Court Smart Court Reporter; mhiedeman Court Clerk.

Defendant present telephonically.

All parties and witnesses sworn.

Authorization to Appear form filed.

Stephen Stapleton is sworn and testifies on behalf of plaintiff.

Plaintiff is sworn and testifies on her own behalf.

Authorized Representative, Vicky Walberg, is sworn and testifies on behalf of defendant.

Matter submitted.

Motion to Vacate Judgment is granted.

Court Trial is scheduled at 1:30 PM on November 25, 2024  in Department 3B.

Defendant may appear telephonically.

Defendant waives irregularity of service.

Parties waive notice.

**SC-109**   **Authorization to Appear**

*Clerk stamps date here when form is filed.*

This form is used to tell the court you are authorized to appear for a plaintiff or defendant in a small claims case. You may also use this form to ask the court for permission to help a plaintiff or defendant who cannot properly speak for himself or herself.

You cannot appear for a defendant or plaintiff if your only job is to represent him or her in small claims court. If you are a lawyer, you can appear only as authorized by section 116.530 of the Code of Civil Procedure.

Fill out ①–④ on this page, then file it with the small claims clerk at or before the trial.

Filed **AUG 1 2 2024**
STEPHANIE BOHRER, CLERK
*Jolynda S Anderson*
DEPUTY

*Fill in court name and street address:*

**Superior Court of California, County of San Joaquin. Small Claims Clerk.**
180 E Weber Ave. Ste 260,
Stockton CA 95202

① **List the name, address, and position of the person appearing:**

Name: Vicky Walberg

Address: 9700 Healthcare Lane, Minnetonka MN 55343

Job title or relationship to the defendant or plaintiff you want to appear for: Legal Services

*Fill in your case number and case name below:*

**Case Number:**
STK-CV-SC-2023-0004533

**Case Name:**
Jackie Stapleton vs. United HealthCare Benefits Plan of CA

② **Who are you appearing for?**
☑ A defendant in this case *(name):* United HealthCare Benefits Pla
☐ A plaintiff in this case *(name):* _____

③ **Tell us about the defendant or plaintiff you are appearing for.**
I am appearing for a *(check one):*
☑ **Corporation** and I am an employee, officer, or director of that corporation.
☐ **Partnership** and I am an employee, officer, director, or partner of that partnership.
☐ **Other business** (not a corporation, partnership, or sole proprietorship) and I am an employee, officer, or director of that business.
☐ **Government agency or other public entity** and I am an employee, officer, or director of that agency or entity.
☐ **Sole proprietorship** and I am an employee of that business. I am qualified to testify about business records made in the regular course of business at or near the time of the event. The content of the business records is the only issue in this case. *(Evidence Code, § 1271).*
☐ **Plaintiff who was assigned to out-of-state active duty in the U.S. armed forces for more than 6 months** after filing this claim. I am not being paid to appear. I have not appeared in small claims court for other people more than 4 times in this calendar year.
☐ **Defendant or plaintiff who is in a jail, a prison, or another detention facility now.** I am not being paid to appear. I have not appeared in small claims court for other people more than 4 times in this calendar year.
☐ **Owner of rental property in California** who employs me as a property agent. This claim is about the rental property I manage.
☐ **Association** created to manage a common interest development and I am an agent, management company representative, or bookkeeper for that association.
☐ **Husband or wife** and my spouse and I are both listed on this claim and agree that either spouse can appear for the other.
☐ **Other** (explain): _____

④ I declare under penalty of perjury under California state law that the information above is true and correct.
Date: 08.12.2024

Vicky Walberg
*Type or print your name*

► *Vicky Walberg*
*Sign your name*

Judicial Council of California, *www.courtinfo.ca.gov*
Revised January 1, 2007, Optional Form
Code of Civil Procedure, § 116.540

**Authorization to Appear**
**(Small Claims)**

SC-109, Page 1 of 1

RA-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: Pro Per | |
|---|---|---|

NAME: Jackie Stapleton
FIRM NAME: In Propria Persona
STREET ADDRESS: 9439 N Saybrook Drive, #129
CITY: Fresno     STATE: CA     ZIP CODE: 93720
TELEPHONE NO.: (415) 748-7499     FAX NO.: (916) 970-9117
EMAIL ADDRESS: noworriesjlr@yahoo.com
ATTORNEY FOR (name): In Propria Persona

Electronically Filed
Superior Court of California
County of San Joaquin
2024-11-18 13:35:51
Clerk: Mary Peterson

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN JOAQUIN
STREET ADDRESS: 180 E. Weber Street
MAILING ADDRESS: 180 E. Weber Street
CITY AND ZIP CODE: Stockton  95202
BRANCH NAME: Stockton Courthouse

PLAINTIFF/PETITIONER: Jackie Stapleton

DEFENDANT/RESPONDENT: UnitedHeathCare Benefits Plan of California

OTHER CASE NAME: Stapleton v. UnitedHealthCare

| **NOTICE OF REMOTE APPEARANCE** | CASE NUMBER:<br>STK-CV-SC-2023-0004533 |
|---|---|

> You must use this form to tell the court you intend to appear remotely in a civil case, unless the court's website describes an online process for giving notice. You may also use it to give the required notice to all other parties in the case. (Do not use this form in a juvenile dependency proceeding.)
>
> Check the court's website for information about how to appear remotely, including the departments and types of cases or proceedings that allow remote appearances and ways to appear remotely in their departments for such appearances.
>
> See page 3 of this form for more information, including deadlines for giving notice and for opposing a remote appearance if this notice is for an evidentiary hearing or trial.
>
> **A person appearing remotely should conduct themselves as though appearing in court in person.**

1. The person who intends to appear remotely is *(check and complete all that apply):*

   [x] Plaintiff/Petitioner *(name):* Jackie Stapleton

   [ ] Attorney for Plaintiff/Petitioner *(name):*

   [ ] Defendant/Respondent *(name):*

   [ ] Attorney for Defendant/Respondent *(name):*

   [x] Other *(name and role in case):* Stephen R. Stapleton, server of process; Craig D. Stapleton, witness

2. The person or persons in 1 intends to appear remotely *(check one):*

   a. [x] Throughout the case.

   b. [ ] At the proceeding described below, including on any later dates if the proceeding is continued *(describe):*

      Type of proceeding:

      Set on *(date):*          at *(time):*          in *(department):*

      Before *(name of judicial officer, if known):*

3. The person intends to appear by *(check court's website for method that may be used):*

   [x] Videoconference     [ ] Audio only (including telephone)

4. [ ] For evidentiary hearing or trial only (where testimony may be given): the party requests the following additional aspects of the proceeding be conducted remotely *(describe what the party wants to be done remotely and why; attach form MC-25 if space is needed):*

---

Form Adopted for Mandatory Use
Judicial Council of California
RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
*www.courts.ca.gov*

RA-010

| PLAINTIFF:  Jackie Stapleton | CASE NUMBER: |
|---|---|
| DEFENDANT:  UnitedHeathCare Benefits Plan of California | STK-CV-SC-2023-0004533 |

5.  [✗]  I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Date:  November 8, 2024

Jackie Stapleton
_____
(TYPE OR PRINT NAME)

*Jackie Stapleton*
_____
(SIGNATURE)

## Notice to Other Parties

Anyone intending to appear remotely must provide notice to all other parties by the deadlines stated in Cal. Rules of Court, rule 3.672, and described on the next page. Notice may be provided orally, electronically, or by giving the other parties this form in a way to ensure it is received by the applicable deadline. The party must tell the court this was done either by filing a proof of service (this may be done on forms POS-040 or POS-050 for electronic service) or by completing and signing the declaration below.

## Declaration of Notice

I gave notice that I intend to appear remotely to the other parties or persons entitled to receive notice in this case as stated below.
*Complete one item below for each person notice was given to, and enter one of the following options for* "Method of notice" *in c.*
- **Mail**: By mailing them a copy of this form (write the mailing address in d.)
- **Overnight delivery**: By having a copy of this form delivered overnight (write the delivery address in d.)
- **Electronic notice**: By e-mail or text message (write the e-mail or phone number in d.)
- **Phone**: By telling them over the telephone or leaving them voice mail (write the phone number in d.), or
- **In person**: By giving them a copy of this form in person, or by telling them orally in person (write the address in d.)

1.  [✗]  Plaintiff/Petitioner
   a.  Name: UnitedHealthCare Benefits Plan, Attn Vicky Walberg`
   b.  Date of notice: August 5, 2024
   c.  Method of notice: Email
   d.  Address (mailing, in-person, or email) or phone number: Vicky.Walberg@UHC.com

2.  [ ]  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

3.  [ ]  Defendant/Respondent
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

4.  [ ]  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) phone number:

5.  [ ]  Other *(specify)*:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

6.  [ ]  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) phone number:

7.  [ ]  Other *(specify)*:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

7.  [ ]  Other *(specify)*:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

[ ]  If more people were given notice, check here, attach form MC-025, titled as Attachment Notice, and add the information about how and when notice was given to each person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE)

## Instructions for Giving Notice of Remote Appearance
(This page does not need to be filed.)

**1. Court online procedures**. Before using this form, check the court's website to see if that court has an online procedure for providing notice to the court of your intent to appear remotely instead. You can find a link to the website for each court at: *https://www.courts.ca.gov/find-my-court.htm*.

**2. How to use this form**. This form is intended for use in civil cases only (any cases not criminal or petitions for habeas corpus, other than petitions under Welf. & Inst. Code, § 5000 et seq.), to provide written notice of intent to appear remotely, to a court and the parties, as described in Code of Civil Procedure section 367.75. It is not needed in juvenile dependency hearings.

**Check the court's website to determine how remote appearances work in that court before completing this form.** If the court does not have an online procedure for giving notice to the court of intent to appear remotely, complete and file this form to give the court notice. If you intend to appear remotely throughout the case, you only need to file it once (check item 2a).

**3. Notice to others**. You may also use this form to show that you gave notice to other parties. You must give notice of your intent to appear remotely to all parties and other persons who are entitled to notice of the proceeding. (If you checked item 2a, you only need to give notice once. Otherwise, give notice to the court and others before each proceeding you intend to appear at remotely.) You can describe how and when you gave notice in the Declaration of Notice on page 2, or by filing a proof of service with the court.

**4. When to file and give notice to others.**
California Rules of Court, rule 3.672(g) and (h) state the deadlines by which you have to give notice of intent to appear remotely to the other parties and the court. (You can give notice earlier.) There are different deadlines :

### For motions and proceedings in which people cannot testify

If a party gives or receives *at least 3 court days' notice* of the proceeding (including all regularly noticed motions):
- At least 2 court days before the proceeding.

If a party gives or receives *less than 3 court days' notice* of the proceeding (including ex parte applications):
- With the moving papers, if the notice to appear remotely is by the party that is asking for the hearing; or
- By 2 p.m. the court day before the hearing if the notice to appear remotely is by any other party.

*Note:* If a party misses these deadlines, they may still ask the court for permission to appear remotely.

### For trials, including small claims trials, and hearings in which people may testify (evidentiary hearings)

If a party gives or receives *at least 15 court days' notice* of a trial or hearing date, and for all small claims trials:
- At least 10 court days before the trial or hearing date.

If a party gives or receives *less than 15 days' notice* of the trial or hearing (including hearings on protective orders):
- With the moving papers or at least 5 court days before the hearing, if the notice to appear remotely is by the party that is asking for the hearing; or
- By 2 p.m. the court day before the hearing if the notice to appear remotely is by any other party.

*Note:* If a party misses these deadlines, they may still ask thecourt for permission to appear remotely.

**5. Opposition to remote appearances at trial or evidentiary hearing**. If a party or witness has given notice of intent to appear remotely at a trial or evidentiary hearing (hearing at which people may testify), other parties in the action may oppose the remote appearance by filing *Opposition to Remote Proceeding at Evidentiary Hearing or Trial* (form RA-015). The opposition must be served on parties and other persons entitled to receive notice of the proceedings, by the deadlines summarized on that form. (Cal. Rules of Court, rule 3.672(h)(3).)

**6. In-person appearance.** A court may require any person to appear in person instead of remotely. (Code Civ. Proc., § 367.75(b).)

**7. Recordings.** No person may record a proceeding without first getting approval from the judge. (Cal. Rules of Court, rule 1.150(c).)

**8. Accommodations for disability**. If a party needs an accommodation for a disability, use form MC-410, *Disability Accommodations Request,* to tell the court about their needs. See form MC-410-INFO for more information.

**9. Request for interpreter**. If a party does do not speak English well, ask the court clerk as soon as possible for a court-provided interpreter. Form INT-300, *Request for an Interpreter,* or a local court form may be used to request an interpreter. If no court interpreter is available, it may be necessary to reschedule the hearing or trial.

RA-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jackie Stapleton | | |
| FIRM NAME: In Propria Persona | | |
| STREET ADDRESS: 9439 N Saybrook Drive, #129 | | SUPERIOR COURT OF STOCKTON CA |
| CITY: Fresno  STATE: CA  ZIP CODE: 93720 | | 2024 NOV 20  PM 1:47 |
| TELEPHONE NO.: (415) 748-7499  FAX NO.: (916) 970-9117 | | |
| EMAIL ADDRESS: noworriesjlr@yahoo.com | | BY MaxPeterson |
| ATTORNEY FOR (name): In Propria Persona | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
STREET ADDRESS: 180 E. Weber Street
MAILING ADDRESS: 180 E. Weber Street
CITY AND ZIP CODE: Stockton  95202
BRANCH NAME: Stockton Courthouse

PLAINTIFF: Jackie Stapleton

DEFENDANT: UnitedHeathCare Benefits Plan of California

OTHER CASE NAME: Stapleton v. UnitedHealthCare

| **ORDER REGARDING REMOTE APPEARANCE** | CASE NUMBER: STK-CV-SC-2023-0004533 |
|---|---|

**The court makes the following orders regarding remote appearances:**

1. This order applies to the proceeding described below, including on any later dates if the proceeding is continued:

   Type of proceeding:  Small Claims Case
   Set on (date): November 25, 2024  at (time): 1:30 PM  in (department): 3B

2. [✓]  **Participant to appear in person.**
   The following persons are required to appear or testify in person:

   Name  Jackie Stapleton  Role in Case  Plaintiff

3. [ ]  **Participant may appear through remote technology.**
   a. The following persons may appear or testify through remote technology, subject to any requirement in b:

   Name  Role in Case

   b. If the following technology is not used, an in-person appearance is required. (See the court's website for specific information about the platforms used and how to appear remotely.)

   i.   [ ]  videoconference only
   ii.  [ ]  audio only (including telephone)
   iii. [ ]  videoconference or audio

4. [ ]  **Other Orders.**

Date: 11·20·24

_____
JUDGE OR JUDICIAL OFFICER

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
RA-020 [New January 1, 2022]

**ORDER REGARDING REMOTE APPEARANCE**

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form. | Print this form | Save this form | | Clear this form |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br><br>STREET ADDRESS: 180 E Weber Avenue<br>MAILING ADDRESS: 180 E Weber Avenue<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME:  Superior Court San Joaquin | *FOR COURT USE ONLY* |
| **Jackie Stapleton  vs  UnitedHealthCare Benefits Plan of California** | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br><br>STK-CV-SC-2023-0004533 |

I certify that I am not a party to this cause. I certify that a copy of RA-020 Order Regarding Remote Appearance was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 11/21/2024.

By: <u>Mary Peterson</u>, Deputy Clerk

Jackie Stapleton
9439 N Saybrook Dr #129
Fresno CA 93720

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

RECEIVED

RA-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: Jackie Stapleton

FIRM NAME: In Propria Persona

STREET ADDRESS: 9439 N Saybrook Drive, #129

CITY: Fresno     STATE: CA    ZIP CODE: 93720

TELEPHONE NO.: (415) 748-7499    FAX NO.: (916) 970-9117

EMAIL ADDRESS: noworriesjlr@yahoo.com

ATTORNEY FOR (name): In Propria Persona

FOR COURT USE ONLY

2024 NOV 20 PM 1:47

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

STREET ADDRESS: 180 E. Weber Street

MAILING ADDRESS: 180 E. Weber Street

CITY AND ZIP CODE: Stockton 95202

BRANCH NAME: Stockton Courthouse

PLAINTIFF: Jackie Stapleton

DEFENDANT: UnitedHeathCare Benefits Plan of California

OTHER CASE NAME: Stapleton v. UnitedHealthCare

### ORDER REGARDING REMOTE APPEARANCE

CASE NUMBER:
STK-CV-SC-2023-0004533

**The court makes the following orders regarding remote appearances:**

1. This order applies to the proceeding described below, including on any later dates if the proceeding is continued:

   Type of proceeding: Small Claims Case

   Set on (date): November 25, 2024    at (time): 1:30 PM    In (department): 3B

2. [✓] **Participant to appear in person.**

   The following persons are required to appear or testify in person:

   Name   JACKIE Stapleton     Role in Case: Plaintiff

   Craig D. Stapleton     Plaintiff's Witness

   & Stephen Stapleton

3. [ ] **Participant may appear through remote technology.**

   a. The following persons may appear or testify through remote technology, subject to any requirement in b:

      Name       Role in Case

   b. If the following technology is not used, an in-person appearance is required. (See the court's website for specific information about the platforms used and how to appear remotely.)

      i. [ ] videoconference only

      ii. [ ] audio only (including telephone)

      iii. [ ] videoconference or audio

4. [ ] **Other Orders.**

Date: 11-20-24

_____
JUDGE OR JUDICIAL OFFICER

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
RA-020 [New January 1, 2022]

### ORDER REGARDING REMOTE APPEARANCE

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
www.courts.ca.gov

For your protection and privacy, please press the Clear

| | |
|---|---|
| Plaintiff/Petitioner: Caddie Stapleton | CASE NUMBER: |
| Defendant/Respondent: UnitedHealthCare Benefits Plan of California | **STK-CV-SC-2023-0004533** |

## PROOF OF SERVICE OF SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION

1. I served this *Small Claims Subpoena for Personal Appearance and Production of Documents and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name):* Craig D. Stapleton

   b. Address where served: 1001 Broadway
   Jackson CA 95642-2649

   *Electronically Filed*
   *Superior Court of California*
   *County of San Joaquin*
   *2024-11-25 00:00:00*
   *Clerk: Mary Peterson*

   c. Date of delivery: November 18, 2024

   d. Time of delivery: 6:06 pm

   e. Witness fees *(check one):*

      (1) ☐ were offered or demanded
      and paid. Amount: . . . . . . $ _____

      (2) ☒ were not demanded or paid.

   f. Fee for service: . . . . . . . . . . . . . . . $ 100.00 _____

2. I received this subpoena for service on *(date):* November 18, 2024

3. Person serving:

   a. ☒ Not a registered California process server.
   b. ☐ California sheriff, marshal, or constable.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business & Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business & Professions Code section 22451.
   h. Name, address, and telephone number and, if applicable, county of registration and number:
   Stephen R. Stapleton
   4216 Weymouth Lane
   Sacramento, CA 95823-3512
   (916) 516-2126

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/19/2024

► _____
(SIGNATURE)

**(For California sheriff, marshal, or constable use only)**
**I certify** that the foregoing is true and correct.

Date:

► _____
(SIGNATURE)

**PROOF OF SERVICE OF SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AT TRIAL OR HEARING AND DECLARATION**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br>STREET ADDRESS: 180 E Weber Avenue<br>MAILING ADDRESS: 180 E Weber Avenue<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME:  Superior Court San Joaquin | *FOR COURT USE ONLY* |
| **Jackie Stapleton  vs  UnitedHealthCare Benefits Plan of California** | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br><br>STK-CV-SC-2023-0004533 |

I certify that I am not a party to this cause. I certify that a copy of RA-020 Amended Order Regarding Remote Appearance was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 11/25/2024.


By: <u>Mary Peterson</u>, Deputy Clerk


Jackie Stapleton
9439 N Saybrook Dr #129
Fresno CA 93720


**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

**Superior Court of California, County of San Joaquin**

**MINUTE ORDER**

**Date:** 11/25/2024 01:30 PM                    **Case Number:** STK-CV-SC-2023-0004533
**Jackie Stapleton  vs  UnitedHealthCare**
**Benefits Plan of California**
**Event Type:** Court Trial                    **Department:** 3B

**Appearances:** Presiding Judge: David E. French. Plaintiff, Jackie Stapleton, appears Pro Se. Defendant, UnitedHealthCare Benefits Plan of California, appears Pro Se. Also attending: Court Smart Court Reporter; hgreen Court Clerk.

Hearing recorded on Court Smart

Plaintiff is sworn.

Defendant present via bridge line.

Vicky Walberg authorized to appear on behalf of UnitedHealthCare Benefits Plan of California is sworn.

Defendant requests for a continuance.

Court finds good cause to continue this matter to the date indicated due to Defendant having a family emergency.

Defendant's request is granted.

An exhibit packet was received by the Court from the Defendant.

Copy of the exhibit packet was given to the Plaintiff in open court.

Court Trial continued to January 13, 2025 at 1:30 PM in  Department 3B  .

Parties waive notice.

**Case 2:24-at-01644**    **Document 1**    **Filed 12/26/24**    **Page 41 of 48**

FullCourt
ENTERPRISE®

Superior Court San Joaquin

SEARCHES ˅    CASES ˅    SCHEDULING ˅                       LOGO

**Public : STK-CV-SC-2023-0004533 - Documents**

| CIVIL CASE ˅ |
|---|
| Case Status |
| Civil Case |
| Civil Hearings |
| Document Mgmt |
| Judges |
| ROA |

**CIVIL DOCUMENTS**    STK-CV-SC-2023-0004533    Jackie Stapleton vs UnitedHealthCare Benefits Plan of California   C A S E   S T A T U

‣ Disposed - Nov 29, 20

| FROM DATE ‣ | 00/00/0000 |
| TO DATE ‣ | 00/00/0000 |
| DOCUMENT TITLE TEXT ‣ | |
| SORT ORDER ‣ | ◉ Ascending ◯ Descending |
| INCLUDE ASSOCIATED CASES DOCUMENTS ‣ | ☐ |

[ RETRIEVE ]

1 - 24 of

Select: All, None

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 19910726 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 04/28/2023 | *TITLE ‣ | SC100 Plaintiff's Claim and Order to Go to Small Claims C | | | |
| ROA ‣ | FILE:Plaintiff's Claim and Order to Go to Small Claims Court Over $5,000 to $10,000 filed by S | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 20395600 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 07/19/2023 | *TITLE ‣ | reset | | | |
| ROA ‣ | SHSET:Hearing regarding: Court Trial , set for 09/25/2023 at 1:30 PM before Hon. Tameem Ma | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 20397701 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 07/19/2023 | *TITLE ‣ | Minute_Order.rtf | | | |
| ROA ‣ | CASE MINUTES:Minutes finalized for Court Trial held on 07/19/2023 01:30 PM . on 07/19/202 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 20856552 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 09/25/2023 | *TITLE ‣ | Minute_Order.rtf | | | |
| ROA ‣ | CASE MINUTES:Minutes finalized for Court Trial held on 09/25/2023 01:30 PM . on 09/25/202 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 20857108 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 09/25/2023 | *TITLE ‣ | Reset | | | |
| ROA ‣ | SHSET:Hearing regarding: Court Trial Principle: $10000// Costs: $75, set for 11/29/2023 at 1:3 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 21180666 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 11/17/2023 | *TITLE ‣ | POS020 Proof of Personal Service | | | |
| ROA ‣ | POSSC:Proof of Service (SC) as to UnitedHealthCare Benefits Plan of California served on 07 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 21237513 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 11/29/2023 | *TITLE ‣ | Minute_Order.rtf | | | |
| ROA ‣ | CASE MINUTES:Minutes finalized for Court Trial held on 11/29/2023 01:30 PM . on 11/29/2023 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 21280547 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 12/07/2023 | *TITLE ‣ | Notice of Entry of Judgment (Small Claims) | | | |
| ROA ‣ | SCJMT:Small Claims Judgment entered and filed. on 11/29/2023 at 01:30 PM | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 22511438 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 07/25/2024 | *TITLE ‣ | SC135 Notice of Motion to Vacate Judgment and Declaratio | | | |
| ROA ‣ | FILE:Notice of Motion to Vacate Judgment and Declaration filed by UnitedHealthCare Benefits | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 22513595 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 07/25/2024 | *TITLE ‣ | Notice of Hearing | | | |
| ROA ‣ | SHSET:Hearing regarding: Motion to Vacate , set for 08/12/2024 at 1:30 PM before Hon. David | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 22562364 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 08/05/2024 | *TITLE ‣ | RA-010 Notice of Remote Appearance | | | |
| ROA ‣ | FILE:Notice of Remote Appearance filed by UnitedHealthCare Benefits Plan of California, on 0 | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 22567475 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|
| SCAN DATE ‣ | 08/06/2024 | *TITLE ‣ | RA020 Order regarding Remote Appearance | | | |
| ROA ‣ | JUOF:Order Regarding Remote Appearance filed by UnitedHealthCare Benefits Plan of Califor | | | | VIEW |

| SEL ‣ | ☐ | DOCUMENT ID ‣ | 22567656 | VERIFIED ‣ | ☐ | | SEALED ‣ |
|---|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 08/06/2024 | *TITLE ▸ | Clerk's Certificate of Service by Mail |
|---|---|---|---|
| ROA ▸ | JUOF:Order Regarding Remote Appearance filed by UnitedHealthCare Benefits Plan of Califor | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 22602840 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 08/12/2024 | *TITLE ▸ | Minute_Order.rtf |
|---|---|---|---|
| ROA ▸ | CASE MINUTES:Minutes finalized for Motion to Vacate held on 08/12/2024 01:30 PM . on 08/1 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 22660012 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 08/12/2024 | *TITLE ▸ | SC109 Authorization to Appear |
|---|---|---|---|
| ROA ▸ | FILE:Authorization to Appear filed by UnitedHealthCare Benefits Plan of California, on 08/12/20 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23130660 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/18/2024 | *TITLE ▸ | RA-010 Notice of Remote Appearance |
|---|---|---|---|
| ROA ▸ | FILE:Notice of Remote Appearance filed by Stapleton, Jackie, on 11/18/2024 at 01:35 PM | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23144953 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/20/2024 | *TITLE ▸ | RA020 Order regarding Remote Appearance |
|---|---|---|---|
| ROA ▸ | JUOF:Order Regarding Remote Appearance filed by Jackie Stapleton. **DENIED** on 11/20/2 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23144978 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/21/2024 | *TITLE ▸ | Clerk's Certificate of Service by Mail |
|---|---|---|---|
| ROA ▸ | JUOF:Order Regarding Remote Appearance filed by Jackie Stapleton. **DENIED** on 11/20/2 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23160864 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/22/2024 | *TITLE ▸ | RA020 Amended Order regarding Remote Appearance |
|---|---|---|---|
| ROA ▸ | JURPO:Amended Order Regarding Remote Appearance entered and filed. *Denied on 11/22/2 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23159274 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/25/2024 | *TITLE ▸ | SC107 Proof of Service Small Claims Subpoena |
|---|---|---|---|
| ROA ▸ | FILE:Proof of Service of Small Claims Subpoena filed by Stapleton, Jackie. on 11/25/2024 at 1 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23160896 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 11/25/2024 | *TITLE ▸ | Clerk's Certificate of Service by Mail |
|---|---|---|---|
| ROA ▸ | JURPO:Amended Order Regarding Remote Appearance entered and filed. *Denied on 11/22/2 | | VIEW |

| SEL ▸ | ☐ | DOCUMENT ID ▸ | 23185484 | VERIFIED ▸ | ☐ | SEALED ▸ |
|---|---|---|---|---|---|---|

| SCAN DATE ▸ | 12/02/2024 | *TITLE ▸ | Minute_Order.rtf |
|---|---|---|---|
| ROA ▸ | CASE MINUTES:Minutes finalized for Court Trial held on 11/25/2024 01:30 PM . on 11/25/2024 | | VIEW |

Select: All, None

1 - 24 of

REFRESH    CANCEL

# EXHIBIT B

1  SEYFARTH SHAW LLP
   Kathleen Cahill Slaught (SBN 168129)
2  kslaught@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  *Attorneys for Defendant*

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SAN JOAQUIN

10

11  JACKIE STAPLETON,                    Case No. STK-CV-SC-2023-0004533

12              Plaintiff,               **NOTICE OF FILING NOTICE OF**
                                         **REMOVAL TO FEDERAL COURT**
13        v.

14  UNITED HEALTHCARE BENEFITS PLAN OF
    CALIFORNIA,
15
                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**TO PLAINTIFF AND ALL ATTORNEYS OF RECORD:**

2

      PLEASE TAKE NOTICE that a Notice of Removal (attached hereto as **Exhibit 1**) of this action

3

from the Superior Court of the State of California for the County of San Joaquin to the United States

4

District Court for the Eastern District of California (the "Federal Court") was filed on December 26, 2024,

5

by Defendant with the Clerk of the Federal Court, thereby effectuating removal of this action.

6

7

DATED:  December 26, 2024                      Respectfully submitted,

8

                                      SEYFARTH SHAW LLP

9

10

                         By:*/s/ Kathleen Cahill Slaught*
                             Kathleen Cahill Slaught

11

                           *Attorneys for Defendant*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF FILING NOTICE OF REMOVAL

# EXHIBIT C

**From:** S⬛⬛⬛⬛ Stapleton <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Sent:** Wednesday, December 4, 2024 6:59 PM
**To:** W⬛⬛⬛ V⬛⬛
**Subject:** Stapleton v. UHC, STK-CV-SC-2023-0004533

**Caution: External email.** Do not open attachments or click on links if you do not recognize the sender.

Mrs. Stapleton asked me to email you her correct mailing address. It is

Jackie Stapleton


Your excuse for sending to the address you had on file is completely specious. First, you were notified of her change of address when it was filed with the court. It was sent to your Agent for Service at 5995 Plaza Drive, Cypress, CA 90630 exactly as is still state on the California Secretary of State's Office. As I write this email, it still indicates that is UHC's agent's address. It is wrong as a simple check your agent for service's website would inform you, the court address is to that street plus Suite 700. Without the suite number, the mail is delivered to an empty office on the first floor, not the agent's office on the seventh floor.

You have numerous documents from us filed with the court that indicate the above address. You also have my address, noted below, and instruction that I am acting as her agent for service. You emailed me the Certificate of Coverage, so you certainly know how to reach me.

UHC has done everything it could to delay this case. You somehow magically failed to receive service from your agent for service through the local office here in Sacramento, but then did manage to get it once we sought payment for the judgment. Two years have elapsed from the original trial date, almost two-and-a-have since the trigger incident, and you once again sought a delay. As a dog lover, I certainly sympathize, but I don't see the need to rush the execution of the dog such that it couldn't be delay an hour to have the case heard. Moreover, in an organization as large as UHC, I fail to understand how some other employee was not available to appear in your place. The Authorization to Appear on Behalf of Party, Form SC-109, could have been faxed directly to the judge's clerk along with a telephone call notifying him of the circumstances. Instead, you once again achieved delay.

Because of all of this, Mrs. Stapleton has directed me to research case law for her on seeking sanctions for unnecessary delay and for continuing to not properly file your agent of service address with the Secretary of state.

With these added legal research hours, my hours will put the accrued damages ⬛⬛⬛⬛⬛⬛⬛⬛⬛


Your delays have harassed Mrs. Stapleton who is doing her best to recover from the incident itself. You happily paid for hospital fees and costs for the emergency room visit, the two days in ICU, and several more in the

general wing, an expense *far* exceeding the necessary ambulance cost, making Mrs. Stapleton a very appealing plaintiff, one that would appeal to the jury in the unlimited division, particularly in a place such as Stockton. Once moved to the unlimited civil division, ████████████████████████████████████ and Mrs. Stapleton could seek additional damages.

While I am not an attorney, I understand an insurance company's "belief that the policy does not provide coverage" is not a basis to refuse a reasonable settlement offer. (*Howard v. American National Fire Ins. Co.* (2010) 187 Cal.App.4th 498at 525.) Moreover, I believe the California Supreme Court has held an insurance company has a duty "to settle in an appropriate case although the express terms of the policy do not impose such a duty." (*Comunale v. Traders & General Insurance Co.* (1958) 50 Cal.2d 645.) It is not reasonable or good faith conduct for an insurance company to refuse to settle based on a "no coverage position." (Howard, supra, 187 Cal.App.4th at 531.)

The first rule of holes is, when you find yourself in one, quit digging. UHC is in a big, deep hole with this case. I urge you to cut your losses ████████████████ The offer remains good until the start of the New Year Pacific Time. What address would you like us to send materials to you, given the one of file with the SoS remains invalid?

S████████ Stapleton



The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.